UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHIGAN FIRST CREDIT UNION
a Michigan chartered credit union,

    Plaintiff/Counter-Defendant

v.

FIRST MICHIGAN BANK
a Michigan chartered bank,

    Defendant/Counter-Plaintiff.

Case No. 10-11924
Hon. Nancy G. Edmunds
Mag. Judge Hon. Virginia M. Morgan

---

BUTZEL LONG, P.C.
  John C. Blattner (P52745)
  Omar N. Chaudhary (P71676)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 995-3110
blattner@butzel.com
chaudhary@butzel.com

*Attorneys for Plaintiff/Counter-Defendant*

JAFFE RAITT HEUER & WEISS, P.C.
  Peter M. Falkenstein (P61375)
  David S. McDaniel (P56994)
201 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 222-4776
pfalkenstein@jaffelaw.com
dmcdaniel@jaffelaw.com

*Attorneys for Defendant/Counter-Plaintiff*

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff/Counter-Defendant Michigan First Credit Union and Defendant/Counter-Plaintiff First Michigan Bank, hereby stipulate to the dismissal **without prejudice** of their respective claims and counterclaims in this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| **BUTZEL LONG, P.C.** | **JAFFE RAITT HEUER & WEISS, P.C.** |
| By: /s/John C. Blattner | By: /s/ Peter M. Falkenstein (with consent) |
|     John C. Blattner (P52745) |     Peter M. Falkenstein (P61375) |
|     Omar N. Chaudhary (P71676) |     David S. McDaniel (P56994) |
| 350 S. Main Street, Suite 300 | 201 S. Main St., Suite 300 |
| Ann Arbor, MI 48104 | Ann Arbor, MI 48104 |
| (734) 995-3110 | (734) 222-4776 |
| blattner@butzel.com | pfalkenstein@jaffelaw.com |
| chaudhary@butzel.com | dmcdaniel@jaffelaw.com |
| **Attorneys for Plaintiff/Counter-Defendant** | **Attorneys For Defendant/Counter-Plaintiff** |

Date: September 29, 2010