## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,
a Michigan chartered credit union

        Plaintiff/Counter-Defendant,

Case No. 10-cv-11924

v.        Hon. Nancy G. Edmunds

FIRST MICHIGAN BANK
a Michigan chartered bank,

        Defendant/Counter-Plaintiff.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties having stipulated to dismissal without prejudice of their respective claims and counterclaims in this action,

IT IS HEREBY ORDERED that Plaintiff's Complaint and Defendant's Counterclaim shall be, and hereby are, dismissed without prejudice and without award of costs or fees to any party.

        s/ Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: September 30, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on Thursday, September 30, 2010, electronic and/or ordinary mail.

        s/ Carol A. Hemeyer
        Case Manager