AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of MI__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>10-11924 | DATE FILED<br>5/12/10 | U.S. DISTRICT COURT<br>Eastern District of MI |
|---|---|---|
| PLAINTIFF<br>Michigan First Credit Union | | DEFENDANT<br>First Michigan Bancorp, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,511,411 | 10/7/08 | Michigan First Credit Union |
| 2 | 2,751,058 | 8/12/03 | Michigan First Credit Union |
| 3 | 3,478,765 | 8/5/08 | Michigan First Credit Union |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | FILED |
| 4 | | | OCT - 4 2010 |
| 5 | | | CLERK'S OFFICE<br>DETROIT |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 9/30/10 Order of Dismissal |

| CLERK<br>DAVID J. WEAVER | (BY) DEPUTY CLERK | DATE<br>10/4/10 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

MIED (Rev. 05/09) Report on the Filing or Determination of an Action Regarding a Patent or Trademark

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHIGAN FIRST CREDIT UNION
a Michigan Chartered Credit Union

Plaintiff(s),

Case No. 2:10cv11924

v.

Judge Nancy G. Edmunds

FIRST MICHIGAN BANCORP, INC.
a Michigan corporation

Magistrate Judge Virginia M. Morgan

Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following ☐ Patents or ☑ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,511,441 | 10/07/08 | Michigan First Credit Union |
| 2 | 2,751,058 | 08/12/03 | Michigan First Credit Union |
| 3 | 3,478,765 | 08/05/08 | Michigan First Credit Union |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: May 12, 2010

John C. Blattner
P52745
Butzel Long
350 S. Main Street
Suite 300
Ann Arbor, MI 48104
(734) 995-3110
blattner@butzel.com